UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re     Case No: 18-11227-WRS
CORY A DUMOND     Chapter 13
    Debtor(s)

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on July 12, 2018. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, October 3, 2018, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | CORY A DUMOND | ARISTA AVIATION | 81.00 | BI-WEEKLY | 08/11/2018 |

   Period of payments: 58 months or until 0.00% is paid on allowed unsecured claims.

   Payable to: **Chapter 13 Trustee**
   **P. O. Box 613108**
   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $16.02 |
| Clerk of Court | Filing Fee | $310.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| SHEFFIELD FINANCIAL BRANCH BANK | N | $3,000.00 | 4.75 % | $86.00 |
| 1ST FRANKLIN FINANCIAL CORP | N | $600.00 | 4.75 % | $18.00 |
| UNITED CONSUMER FINANCIAL SERV | Y | $800.00 | 4.75 % | $48.00 |

In re                                                                          Case No: 18-11227-WRS
CORY A DUMOND                                                                  Chapter 13
    Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Tuesday, October 9, 2018.                    */s/ Sabrina L. McKinney*
                                                                                         Sabrina L. McKinney
                                                                                        Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Tuesday, October 9, 2018.

                                                                                        */s/ Sabrina L. McKinney*
                                                                                        Sabrina L. McKinney
                                                                                       Chapter 13 Standing Trustee